UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GENARO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>JANE MAGNUS-STINSON,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)    No. 2:23-cv-00259-JRS-MJD<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b).

Date: 6/30/2023

_(signature)_
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
    Deputy Clerk, U.S. District Court

Distribution:

GENARO GARCIA
127225
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838